|   | IN THE UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF MARYLAND | | | |
|---|---|---|---|---|
|   | *Carranza v. Ramirez, et al.* | | | |
|   | Case No. 8:20-cv-02687-PWG | | | |
|   | Summary of Attorneys' Fees | | | |
|   | Category of Work | Total Lodestar Hours | Total Hours After Reduction | Total Fees |
| I | CASE INVESTIGATION | 4.8 | 4.8 | $1,672.00 |
| II | PLEADINGS | 5.8 | 5.8 | $2,360.00 |
| III | INTERPRETATION | 8.5 | 8.5 | $1,530.00 |
| IV | CASE MANAGEMENT | 13.5 | 11.6 | $3,948.00 |
| V | DISCOVERY | 4 | 4 | $1,422.50 |
| VI | SETTLEMENT | 23.6 | 20.9 | $9,838.50 |
| VII | MOTION TO DISMISS | 2 | 1.6 | $945.00 |
| VIII | MOTION FOR DEFAULT | 5.3 | 5.3 | $1,855.00 |
| IX | FEE PETITION | 15.9 | 9.9 | $4,192.00 |
|   | Total Hours Billed | 83.4 | | |
|   | Total Hours Reduced to $0.00 | 11 | | |
|   | Total Time for Which Fees are Sought | 72.4 | | |
|   | TOTAL FEES | | | $27,763.00 |
|   | TOTAL COSTS | | | 911.58 |
|   | GRAND TOTAL | | | $28,674.58 |

Ex. A

| | | IN THE UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF MARYLAND | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Carranza Ramirez, et al.* | | | | | |
| | | Case No. 8:20-cv-02687-PWG | | | | | |
| | | | | | | | |
| | | **Time Records of Melehy & Associates LLC** | | | | | |
| Date | Timekeeper | Case Investigation | Category | Time | Rate | Total | Total Time of Billed Hours |
| 07/13/2020 | Andrew Balashov | Meeting with Sidney Chapman to discuss researching who the general contractor is in Marlon Hernandez's case. | Case Investigation | 0.2 | $350.00 | $70.00 | 0.20 |
| 07/21/2020 | Andrew Balashov | Based on copy of check provided by client, and documents obtained by Ms. Chapman regarding building permits for projects client worked on, researching the identity of general contractor on jobs client worked on for purposes of naming the general contractor. | Case Investigation | 0.8 | $350.00 | $280.00 | 0.80 |
| 07/23/2020 | Maria Aguilar | Telephone conversation with Mr. Carranza regarding his case; Memorandum to file. | Case Investigation | 0.2 | $180.00 | $36.00 | 0.20 |
| 07/31/2020 | Andrew Balashov | Speaking to Mr. Hernandez to finalize his complaint. | Case Investigation | 0.6 | $350.00 | $210.00 | 0.60 |
| 09/28/2020 | Andrew Balashov | Telephone call to Crystal at the Lake Linganore apartments to confirm they are in fact the builder. | Case Investigation | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/27/2020 | Andrew Balashov | Speaking to Mr. Mannsman about the attempts to ascertain who the general contractor was on the job. | Case Investigation | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/04/2020 | Andrew Balashov | Researching public records in Frederick county to confirm who is general contractor. | Case Investigation | 0.9 | $350.00 | $315.00 | 0.90 |
| 11/10/2020 | Omar Vincent Melehy | Speaking to Andrew Balashov about the efforts to discuss who the General Contractor is with Counsel for Bainbridge, the corporate affiliates of Bainbridge and what the likely outcome will be. | Case Investigation | 0.2 | $625.00 | $125.00 | 0.20 |
| 11/13/2020 | Andrew Balashov | Telephone conference with Mr. Waldman and Suvita Melehy about the identity of the general contractor and settlement. | Case Investigation | 0.4 | $350.00 | $140.00 | 0.40 |
| 12/02/2020 | Suvita Melehy | Telephone conversation with Fidel Granados, Defendant in the case; Memorandum to File | Case Investigation | 0.3 | $575.00 | $172.50 | 0.30 |
| 12/11/2020 | Andrew Balashov | Review and edit letter to Sheriff requesting complaint. | Case Investigation | 0.1 | $350.00 | $35.00 | 0.10 |
| 12/11/2020 | Christopher Grau | Telephone call with the Records Division of the Frederick County Sheriff's office regarding how to obtain a copy of the complaint filed against Mr. Carranza in spring of 2020. | Case Investigation | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/11/2020 | Christopher Grau | Research regarding Public Information Act Requests with the Frederick County Sheriff's office. | Case Investigation | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/11/2020 | Christopher Grau | E-mail Mr. Balashov details regarding Public Information Act Requests with the Frederick County Sheriff's Office. | Case Investigation | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/11/2020 | Christopher Grau | Prepare cover letter for document request to the Frederick County Sheriff's Office. | Case Investigation | 0.2 | $180.00 | $36.00 | 0.20 |
| 12/11/2020 | Christopher Grau | Revise cover letter for document request to the Frederick County Sheriff's Office. | Case Investigation | 0.2 | $180.00 | $36.00 | 0.20 |
| 01/04/2021 | Andrew Balashov | Reviewing documents from the Sherriff's department regarding client. | Case Investigation | 0.1 | $350.00 | $35.00 | 0.10 |
| 01/05/2021 | Suvita Melehy | Review Incident Report by Officer Bartholow dated 7/21/2020 regarding Paint Machine. | Case Investigation | 0.1 | $575.00 | $57.50 | 0.10 |
| | | Total Hours | | 4.80 | | | 4.80 |
| | | Total Fees | | | | $1,672.00 | |
| Date | Timekeeper | Pleadings | Category | Time | Rate | Total | Total Time of Billed Hours |
| 07/21/2020 | Andrew Balashov | Begin drafting complaint. | Pleadings | 0.3 | $350.00 | $105.00 | 0.30 |
| 07/22/2020 | Andrew Balashov | Drafting the complaint. | Pleadings | 1.6 | $350.00 | $560.00 | 1.60 |
| 07/31/2020 | Andrew Balashov | Finalize complaint after speaking to client. | Pleadings | 0.5 | $350.00 | $175.00 | 0.50 |

| Date | Timekeeper | Description | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 08/03/2020 | Omar Vincent Melehy | Reviewing and editing complaint. | Pleadings | 1 | $625.00 | $625.00 | 1.00 |
| 09/09/2020 | Andrew Balashov | Making minor revisions to the complaint to finalize it. | Pleadings | 0.2 | $350.00 | $70.00 | 0.20 |
| 09/16/2020 | Andrew Balashov | Finalize and file the complaint. | Pleadings | 0.3 | $350.00 | $105.00 | 0.30 |
| 09/16/2020 | Andrew Balashov | Finalize and file complaint. | Pleadings | 0.4 | $350.00 | $140.00 | 0.40 |
| 09/30/2020 | Andrew Balashov | Prepare and file amended complaint. | Pleadings | 0.5 | $350.00 | $175.00 | 0.50 |
| 11/23/2020 | Andrew Balashov | Draft the second amended complaint and line to dismiss Bainbridge Defendant. | Pleadings | 0.5 | $350.00 | $175.00 | 0.50 |
| 12/01/2020 | Omar Vincent Melehy | Reviewing second amended complaint. | Pleadings | 0.2 | $625.00 | $125.00 | 0.20 |
| 12/07/2020 | Andrew Balashov | Finalize and file the second amended complaint. | Pleadings | 0.3 | $350.00 | $105.00 | 0.30 |
|  |  | **Total Hours** |  | 5.80 |  |  | 5.80 |
|  |  | **Total Fees** |  |  |  | $2,360.00 |  |

| Date | Timekeeper | Interpretation | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 07/31/2020 | Maria Aguilar | Interpreting telephone conversation between Mr. Hernandez and Andrew to finalize his complaint. | Interpretation | 0.6 | $180.00 | $108.00 | 0.60 |
| 10/07/2020 | Maria Aguilar | Interpreting telephone conversation between client and Andrew regarding status update on his case. | Interpretation | 0.1 | $180.00 | $18.00 | 0.10 |
| 11/11/2020 | Maria Aguilar | Interpreting telephone conversation between Mr. Carranza and Andrew regarding settlement. | Interpretation | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/02/2020 | Maria Aguilar | Interpreting telephone between Mrs. Melehy and defendant Fidel Granados; Memorandum to file | Interpretation | 0.3 | $180.00 | $54.00 | 0.30 |
| 12/07/2020 | Maria Aguilar | Interpreting telephone conversation between Mr. Carranza and Andrew regarding his case. | Interpretation | 0.4 | $180.00 | $72.00 | 0.40 |
| 12/08/2020 | Maria Aguilar | Translate text messages produced by Mr. Carranza. | Interpretation | 1.3 | $180.00 | $234.00 | 1.30 |
| 02/03/2021 | Maria Aguilar | Interpreting during Zoom meeting between Mrs. Melehy and Mr. Carranza in preparation for mediation. | Interpretation | 1.4 | $180.00 | $252.00 | 1.40 |
| 02/08/2021 | Maria Aguilar | Interpreting during mediation conference. | Interpretation | 3.5 | $180.00 | $630.00 | 3.50 |
| 02/19/2021 | Maria Aguilar | Interpreting telephone conversation between Marlon Carranza and Mrs. Melehy regarding settlement. | Interpretation | 0.2 | $180.00 | $36.00 | 0.20 |
| 03/19/2021 | Maria Aguilar | Interpreting telephone conversation between Mr. Carranza and Mrs. Melehy regarding settlement. | Interpretation | 0.2 | $180.00 | $36.00 | 0.20 |
| 03/23/2021 | Maria Aguilar | Translated Settlement agreement from English to Spanish; Memorandum to file | Interpretation | 0.2 | $180.00 | $36.00 | 0.20 |
| 4/7/2021 | Maria Aguilar | Telephone conversation with Marlon Carranza to verbally translate his Affidavit from English to Spanish. | Interpretation | 0.20 | $180.00 | $36.00 | 0.20 |
|  |  | **Total Hours** |  | 8.50 |  |  | 8.50 |
|  |  | **Total Fees** |  |  |  | $1,530.00 |  |

| Date | Timekeeper | Case Management | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 07/13/2020 | Andrew Balashov | Reviewing case file for completeness. | Case Management | 0.2 | $350.00 | $0.00 | - |
| 07/23/2020 | Maria Aguilar | Opening case file. | Case Management | 0.3 | $180.00 | $0.00 | - |
| 08/11/2020 | Sydney Chapman | Complete summons request for Gloria Ramirez. | Case Management | 0.4 | $180.00 | $72.00 | 0.40 |
| 08/11/2020 | Sydney Chapman | Draft summons for L & R General Services LLC. | Case Management | 0.2 | $180.00 | $36.00 | 0.20 |
| 08/11/2020 | Sydney Chapman | Draft summons for Fidel Granados. | Case Management | 0.2 | $180.00 | $36.00 | 0.20 |
| 08/11/2020 | Sydney Chapman | Complete civil cover sheet. | Case Management | 0.3 | $180.00 | $54.00 | 0.30 |
| 09/17/2020 | Suvita Melehy | Review email from James Sack, Esquire notifying us that his client Defendant NVR/Ryan homes is not the proper Defendants in this case and that Bainbridge is the correct Defendant | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |

2

| Date | Name | Description | Category | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 09/18/2020 | Andrew Balashov | Reviewing Judge Grimm's letter order regarding the filing of motions. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 09/25/2020 | Christopher Grau | Begin to prepare complaint packages. | Case Management | 0.2 | $180.00 | $36.00 | 0.20 |
| 9/28/2020 | Andrew Balashov | Speaking to Ms. Einstein regarding her position that NVR is not a proper Defendant and that Bainbridge is the owner and developer of the property. | Case Management | 0.2 | $350.00 | $70.00 | 0.20 |
| 09/28/2020 | Andrew Balashov | Correspond by email with opposing counsel. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 09/28/2020 | Christopher Grau | Continue to prepare complaint packages. | Case Management | 0.4 | $180.00 | $72.00 | 0.40 |
| 09/28/2020 | Christopher Grau | Continue to prepare complaint packages to Mr. Granados, Ms. Ramirez, and L&R General Services, LLC. | Case Management | 0.3 | $180.00 | $54.00 | 0.30 |
| 09/29/2020 | Andrew Balashov | Telephone conversation with Ms. Einstein regarding dismissing her client and substituting Bainbridge. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 09/30/2020 | Andrew Balashov | Prepare and file line dismissing NVR. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/02/2020 | Andrew Balashov | Reviewing preservation letter and service package to new Defendant Bainbridge. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/05/2020 | Andrew Balashov | Reviewing three affidavits of service prepared by Mr. Grau. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/05/2020 | Christopher Grau | Prepare Affidavits of Service as to Mr. Granados, Ms. Ramirez, and L&R General Services, LLC. | Case Management | 0.4 | $180.00 | $72.00 | 0.40 |
| 10/05/2020 | Christopher Grau | Revise Affidavits of Service as to Mr. Granados, Ms. Ramirez, and L&R General Services, LLC with corrections made by Mr. Balashov. | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 10/07/2020 | Andrew Balashov | Speaking to client about his case and to give him a status update. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/15/2020 | Christopher Grau | Prepare Affidavit of Service as to BVT-Bainbridge Lake Linganore Owner, LLP d/b/a Bainbridge Lake Linganore. | Case Management | 0.2 | $180.00 | $36.00 | 0.20 |
| 10/16/2020 | Suvita Melehy | Telephone conversation with Brian Doppelt, General Counsel for Bainbridge | Case Management | 0.3 | $575.00 | $172.50 | 0.30 |
| 10/26/2020 | Andrew Balashov | Finalize and file affidavit of service as to each Defendant. | Case Management | 0.3 | $350.00 | $105.00 | 0.30 |
| 10/27/2020 | Jason Mannsman | Prepare Notice of Appearance for Andrew Balashov | Case Management | 0.1 | $350.00 | $0.00 | - |
| 10/29/2020 | Andrew Balashov | Review order striking motion to dismiss. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/02/2020 | Andrew Balashov | Reviewing letter from Defendants to judge regarding their filing and the Court's instructions. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/03/2020 | Christopher Grau | Calendar date for telephone status conference. | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 11/09/2020 | Jason Mannsman | Electronic Filing of Motion for Entry of Default by Clerk | Case Management | 0.1 | $350.00 | $0.00 | - |
| 11/09/2020 | Jason Mannsman | Finalize Motion for Entry of Default by Clerk and Service of Motion by Federal Express Standard Overnight | Case Management | 0.4 | $350.00 | $140.00 | 0.40 |
| 11/09/2020 | Jason Mannsman | Drafting motion for Entry of Default Against Defendants Gloria Marisol Ramirez, Fidel A. Granados, and L & R General Services | Case Management | 1.2 | $350.00 | $420.00 | 1.20 |
| 11/09/2020 | Suvita Melehy | Review Paperless Order of Court dated 11/9/2020 ordering the parties to file Joint Status Report regarding the identity of the general contractor; Calendar Deadline | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 11/10/2020 | Suvita Melehy | Review two Motions for admission Pro Hac Vice to move admission of Edward Cameron and Williams Evans | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 11/11/2020 | Maria Aguilar | Attempt to contact Mr. Carranza regarding his case; Memorandum to file | Case Management | 0.1 | $180.00 | $0.00 | - |
| 11/12/2020 | Suvita Melehy | Review paperless order granting Motion to appear pro hac vice on behalf of Edward Woodrow Cameron. | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 11/19/2020 | Suvita Melehy | Review Order of Reference to United States Magistrate Judge dated 11/19/2020 for settlement or other ADR conference | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 11/25/2020 | Andrew Balashov | Review order from Judge Simms regarding settlement conference. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/25/2020 | Suvita Melehy | Review Paperless Order dated November 25, 2020 scheduling telephone conference related to settlement ; Calendar hearing date | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 12/02/2020 | Maria Aguilar | Attempt to contact Mr. Carranza regarding his case; Memorandum to file | Case Management | 0.1 | $180.00 | $0.00 | - |
| 12/04/2020 | Andrew Balashov | Reviewing order granting motion to appear pro hac vice. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 12/07/2020 | Andrew Balashov | Telephone conversation with client about possible counter-claim against him for taking property from the job site. Memorandum to file. | Case Management | 0.4 | $350.00 | $140.00 | 0.40 |
| 12/07/2020 | Christopher Grau | Telephone conversation with the Records Division of the Frederick County Sheriff's Office regarding obtaining a copy of the complaint filed against Mr. Carranza in spring of 2020. | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/10/2020 | Andrew Balashov | Reviewing order dismissing BVT Bainbridge. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |

| Date | Name | Description | Category | Hours | Rate | Amount | Adj. Hours |
|---|---|---|---|---|---|---|---|
| 12/11/2020 | Christopher Grau | Prepare check request form for $5.00 document request fee to the Frederick County Sheriff's Office. | Case Management | 0.1 | $180.00 | $0.00 | - |
| 12/15/2020 | Andrew Balashov | Reviewing order dismissing Defendant BVT-Bainbridge. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 12/18/2020 | Andrew Balashov | Correspond with Judge Simms's chambers in response to email about which Defendants are remaining. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 12/18/2020 | Andrew Balashov | Reviewing email from Eric Waldman to Judge Simms. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 01/05/2021 | Maria Aguilar | Incoming call from Marlon Carranza regarding his case; Memorandum to file | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 01/08/2021 | Maria Aguilar | Set up a Zoom conference link ahead of Mrs. Melehy's zoom meeting with Mr. Carranza in preparation for Mediation. | Case Management | 0.1 | $180.00 | $0.00 | - |
| 01/08/2021 | Maria Aguilar | Correspond with Mr. Carranza regarding Zoom conference with Mrs. Melehy in preparation for mediation; Memorandum to file | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 01/14/2021 | Andrew Balashov | Reviewing quarterly report. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 01/18/2021 | Andrew Balashov | Reviewing answer, notice of appearance and disclosure statement. | Case Management | 0.3 | $350.00 | $105.00 | 0.30 |
| 01/19/2021 | Suvita Melehy | Review Notice of Default entered against L & R General Services, LLC dated January 19, 2021 | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 01/21/2021 | Andrew Balashov | Review Order from Judge Grimm setting Rule 16 conference. | Case Management | 0.1 | $350.00 | $0.00 | - |
| 01/21/2021 | Suvita Melehy | Review letter order of Court dated January 21, 2021 scheduling Rule 16 telephone conference call; Calendar deadline | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 01/21/2021 | Suvita Melehy | Review Discovery Order dated 1/21/2021 | Case Management | 0.2 | $575.00 | $115.00 | 0.20 |
| 1/21/2021 | Suvita Melehy | Reviewing scheduling order from Judge Grimm | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 01/22/2021 | Andrew Balashov | Reviewing Judge Grimm's discovery order. | Case Management | 0.1 | $350.00 | $0.00 | - |
| 02/05/2021 | Andrew Balashov | Reviewing email from Judge Simms regarding mediation on Monday. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 02/05/2021 | Andrew Balashov | Reviewing mediation order and correspond with client about the order. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 02/09/2021 | Suvita Melehy | Review Defendant's draft Joint Motion to Continue Rule 16 Telephone Conference | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 02/09/2021 | Suvita Melehy | Review email correspondence from Derrick Pack, Jr., Judicial Assistant to Magistrate Judge Simms regarding continued settlement conference on February 19, 2021; Calendar Deadline | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 2/9/2021 | Suvita Melehy | Review order scheduling telephone conference relation to settlement for February 19, 2021. | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 02/10/2021 | Andrew Balashov | Reviewing scheduling order. | Case Management | 0.1 | $350.00 | $35.00 | 0.10 |
| 02/10/2021 | Suvita Melehy | Correspondence with Eric Waldman, Esquire regarding suggested changes to Defendant's draft Joint Motion to Continue Rule 16 Telephone Conference | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 02/11/2021 | Maria Aguilar | Telephone conversation with Marlon Carranza regarding new date for continued settlement conference; Memorandum to file | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 02/11/2021 | Suvita Melehy | Review paperless Order dated 2/11/2021 granting Motion to Continue Rule 16 telephone conference Calendar case deadline | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 2/22/2021 | Suvita Melehy | Review Notice of Court regarding telephonic settlement conference | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 03/12/2021 | Maria Aguilar | Incoming call from Eric Waldman; Memorandum to file | Case Management | 0.1 | $180.00 | $0.00 | - |
| 03/12/2021 | Maria Aguilar | Drafting changes on 2nd Joint Motion to Continue Rule 16 Telephone Conference | Case Management | 0.2 | $180.00 | $36.00 | 0.20 |
| 03/12/2021 | Maria Aguilar | Drafting additional changes to Joint Motion to Continue Rule 16 Telephone Conference. | Case Management | 0.1 | $180.00 | $18.00 | 0.10 |
| 03/12/2021 | Suvita Melehy | Review Paperless Order granting Motion to Continue Rule 16 telephone conference | Case Management | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/12/2021 | Suvita Melehy | Telephone conversation with Eric Waldman, Esquire regarding Joint Motion to Continue Rule 16, Telephone conference | Case Management | 0.2 | $575.00 | $115.00 | 0.20 |
| 03/15/2021 | Andrew Balashov | Reviewing order granting motion to continue. | Case Management | 0.1 | $350.00 | $0.00 | - |
| 3/16/2021 | Suvita Melehy | Review Letter order of Court dated March 16, 2021 regarding Rule 16 Telephone Conference; Calendar hearing date | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 03/19/2021 | Andrew Balashov | Reviewing letter order setting hearing. | Case Management | 0.1 | $350.00 | $0.00 | - |
| 03/23/2021 | Maria Aguilar | Emailed client the Settlement agreement via DocuSign. | Case Management | 0.1 | $180.00 | $0.00 | - |
| 3/23/2021 | Suvita Melehy | Review settlement order dated 3/23/2021 of Court entered in error | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 3/30/2021 | Maria Aguilar | Incoming call from Eric Waldman; Memorandum to file | Case Management | 0.10 | $180.00 | $0.00 | - |
| 3/30/2021 | Maria Aguilar | Correspond with Mr. Carranza regarding W9 Form; Memorandum to file | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |
| 4/1/2021 | Maria Aguilar | Correspond with Eric Waldman regarding Mr. Carranza's W-9 Form; Memorandum to file | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |

| Date | Timekeeper | Description | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 4/7/2021 | Maria Aguilar | Telephone conversation with Mr. Carranza regarding his case; Memorandum to file | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |
| 4/7/2021 | Maria Aguilar | Emailed client his Affidavit via DocuSign. | Case Management | 0.10 | $180.00 | $0.00 | - |
| 6/1/2021 | Maria Aguilar | Telephone conversation with Marlon Hernandez regarding settlement check | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |
| 6/1/2021 | Maria Aguilar | Prepare acknowledgement letter for client to sign when he stops by to pick up his settlement check. | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |
| 6/3/2021 | Maria Aguilar | Meet with Mr. Carranza to hand him his settlement check and sign his acknowledgement letter. | Case Management | 0.10 | $180.00 | $18.00 | 0.10 |
| 8/24/2021 | Suvita Melehy | Reviewing paperless order granting motion to seal. | Case Management | 0.10 | $575.00 | $57.50 | 0.10 |
| 1/27/2022 | Andrew Balashov | Reviewing Judge Grimm's memorandum opinion and order on default motion. | Case Management | 0.20 | $350.00 | $70.00 | 0.20 |
| | | Total Hours | | 13.50 | | | 11.60 |
| | | Total Fees | | | | $3,948.00 | |

| Date | Timekeeper | Discovery | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 10/16/2020 | Andrew Balashov | Correspond with Bainbridge counsel about discovery and identify of general contractor. | Discovery | 0.2 | $350.00 | $70.00 | 0.20 |
| 10/23/2020 | Jason Mannsman | Prepare Motion to Propound Limited Discovery to Defendants | Discovery | 0.9 | $350.00 | $315.00 | 0.90 |
| 10/26/2020 | Jason Mannsman | Prepare Motion to Propound Limited Discovery; Review, Editing and Further Drafting of Motion | Discovery | 0.3 | $350.00 | $105.00 | 0.30 |
| 10/26/2020 | Jason Mannsman | Prepare Proposed Order in Connection with Motion to Propound Limited Discovery | Discovery | 0.2 | $350.00 | $70.00 | 0.20 |
| 10/27/2020 | Jason Mannsman | Discussion with Suvita Melehy Regarding Tone and Revisions to Motion to Propound Discovery | Discovery | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/27/2020 | Jason Mannsman | Prepare Motion for Leave to Propound Limited Discovery; Review of File for Further Information and Revisions to Motion Further Detailing Actions to Obtain Information Prior to Motion | Discovery | 0.6 | $350.00 | $210.00 | 0.60 |
| 10/27/2020 | Suvita Melehy | Discussion with Jason Mansmann Regarding Required Revisions and Changes to Motion for Leave to Propound Limited Discovery | Discovery | 0.1 | $575.00 | $57.50 | 0.10 |
| 11/04/2020 | Jason Mannsman | Prepare Letter Request to File Motion to Propound Limited Discovery to Defendants Regarding Identity of Independent Contractor | Discovery | 1.5 | $350.00 | $525.00 | 1.50 |
| 11/10/2020 | Andrew Balashov | Correspond with opposing counsel about meet and confer regarding discovery dispute as ordered by Judge Grimm. | Discovery | 0.1 | $350.00 | $35.00 | 0.10 |
| | | Total Hours | | 4.00 | | | 4.00 |
| | | Total Fees | | | | $1,422.50 | |

| Date | Timekeeper | Settlement | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 10/12/2020 | Suvita Melehy | Review email correspondence from Brian Doppelt regarding resolution of the case | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 10/12/2020 | Suvita Melehy | Email correspondence with Brian Doppelt, Esquire, counsel for Defendant Bainbridge regarding resolution of case; Review email response from Brian Doppelt regarding resolution of the case | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 10/16/2020 | Andrew Balashov | Researching whether the Court will approve a confidentiality agreement in a FLSA settlement. | Settlement | 0.3 | $350.00 | $0.00 | - |
| 10/16/2020 | Andrew Balashov | Prepare demand letter to Defendants. | Settlement | 0.8 | $350.00 | $280.00 | 0.80 |
| 10/16/2020 | Suvita Melehy | Review mail dated October 12, 2020 from Sunny Cameron, Esquire seeking a settlement demand and informing us that he will file for Rule 11 Sanctions at the conclusion of the case | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 10/16/2020 | Suvita Melehy | Left message for Sunny Cameron, Esquire to return my call to discuss the contents of his email regarding a settlement demand and his threat to file Rule 11 Sanctions | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |

5

| Date | Attorney | Description | Category | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 10/16/2020 | Suvita Melehy | Email correspondence with Edward Sunny Cameron, Esquire, counsel for Braiding, in response to his email regarding settlement and his intention to File Rule 11 sanctions in this case | Settlement | 0.2 | $575.00 | $115.00 | 0.20 |
| 10/19/2020 | Andrew Balashov | Revising the demand letter to opposing counsel. | Settlement | 0.4 | $350.00 | $140.00 | 0.40 |
| 10/19/2020 | Andrew Balashov | Correspond with Bainbridge counsel regarding settlement. | Settlement | 0.1 | $350.00 | $35.00 | 0.10 |
| 10/19/2020 | Maria Aguilar | Send opposing counsel settlement demand correspondence; Memorandum to file | Settlement | 0.2 | $180.00 | $36.00 | 0.20 |
| 11/11/2020 | Andrew Balashov | Prepare for conference with Mr. Waldman. | Settlement | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/11/2020 | Andrew Balashov | Telephone conversation with client regarding settlement. Memorandum to file. | Settlement | 0.1 | $350.00 | $35.00 | 0.10 |
| 11/13/2020 | Suvita Melehy | Telephone conversation with Mr. Waldman, Esquire to confer about the identity of the General Contractor in this case and regarding settlement | Settlement | 0.4 | $575.00 | $230.00 | 0.40 |
| 12/02/2020 | Maria Aguilar | Telephone conversation with Mr. Carranza regarding upcoming telephone conference regarding settlement; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 12/18/2020 | Andrew Balashov | Telephone conversation with Ms. Melehy about the settlement conference with Judge Simms today. | Settlement | 0.1 | $350.00 | $0.00 | - |
| 12/18/2020 | Andrew Balashov | Preparing for hearing; review complaint, pull relevant statutory authority for damages and fee, calculate attorneys fees. | Settlement | 0.7 | $350.00 | $0.00 | - |
| 12/18/2020 | Andrew Balashov | Participate on telephonic conference with Judge Simms regarding settlement conference and other settlement related matters. | Settlement | 0.5 | $350.00 | $0.00 | - |
| 12/18/2020 | Suvita Melehy | Attend telephonic conference with Judge Simms regarding settlement | Settlement | 0.6 | $575.00 | $345.00 | 0.60 |
| 12/18/2020 | Suvita Melehy | Review email from Eric Waldman, Esquire addressed to Judge Simms | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 01/08/2021 | Andrew Balashov | Reviewing the Judge's mediation order for instructions about ex parte letter and relevant deadlines. | Settlement | 0.2 | $350.00 | $70.00 | 0.20 |
| 01/08/2021 | Maria Aguilar | Correspond with Marlon Carranza regarding the Judge's mediation order; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 01/08/2021 | Maria Aguilar | Telephone conversation with Marlon Carranza regarding mediation order; Memorandum to file | Settlement | 0.2 | $180.00 | $36.00 | 0.20 |
| 02/01/2021 | Andrew Balashov | Prepare ex-parte letter. | Settlement | 1.5 | $350.00 | $525.00 | 1.50 |
| 02/01/2021 | Andrew Balashov | Making additional revisions to the ex parte mediation statement. | Settlement | 0.8 | $350.00 | $280.00 | 0.80 |
| 02/02/2021 | Andrew Balashov | Correspond with opposing counsel regarding documents we received from client and to provide them those documents in advance of mediation. | Settlement | 0.1 | $350.00 | $35.00 | 0.10 |
| 02/03/2021 | Suvita Melehy | Zoom teleconference with client to prepare for mediation. | Settlement | 1.4 | $575.00 | $805.00 | 1.40 |
| 02/07/2021 | Maria Aguilar | Correspond with Mr. Carranza regarding mediation; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 02/07/2021 | Maria Aguilar | Preparing mediation binder. | Settlement | 1 | $180.00 | $180.00 | 1.00 |
| 02/08/2021 | Suvita Melehy | Attend settlement conference. | Settlement | 4.2 | $575.00 | $2,415.00 | 4.20 |
| 02/09/2021 | Andrew Balashov | Review order from Judge Simms regarding conference to follow-up on settlement. | Settlement | 0.1 | $350.00 | $35.00 | 0.10 |
| 02/09/2021 | Andrew Balashov | Researching case law regarding attorneys' fees and damages under the MWPCL for purposes of the mediation. | Settlement | 0.2 | $350.00 | $0.00 | - |
| 02/10/2021 | Suvita Melehy | Email correspondence with Maria Aguilar regarding instructions to Plaintiff for the continued settlement conference | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 02/11/2021 | Maria Aguilar | Correspond with Mr. Carranza regarding continued settlement conference; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 02/19/2021 | Suvita Melehy | Conference wit Judge Simms and Eric Waldman and client to discuss settlement further; Memorandum to File | Settlement | 1.2 | $575.00 | $690.00 | 1.20 |
| 02/22/2021 | Maria Aguilar | Correspond with Marlon Carranza regarding settlement; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 03/11/2021 | Suvita Melehy | Review email dated 3/11/2021 from Eric Waldman, Esquire regarding settlement proposal | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/13/2021 | Suvita Melehy | Review email dated 3/9/2021 from Eric Waldman, Esquire regarding settlement proposal | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/17/2021 | Maria Aguilar | Drafting changes on settlement agreement. | Settlement | 0.5 | $180.00 | $90.00 | 0.50 |
| 03/17/2021 | Suvita Melehy | Review and revise Defendant's draft Confidential Settlement Agreement and General Release | Settlement | 0.8 | $575.00 | $460.00 | 0.80 |
| 03/17/2021 | Suvita Melehy | Telephone conversation with Eric Waldman, Esquire regarding terms of settlement and regarding what happens if Judge Grimm order a motion to approval of settlement agreement | Settlement | 0.2 | $575.00 | $115.00 | 0.20 |
| 03/17/2021 | Suvita Melehy | Continue to revise Defendant Bainbridge's draft settlement agreement | Settlement | 0.3 | $575.00 | $172.50 | 0.30 |
| 03/18/2021 | Maria Aguilar | Drafting final changes to Settlement Agreement. | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 03/18/2021 | Maria Aguilar | Correspond with Eric Waldman regarding edits on Settlement Agreement. | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 03/19/2021 | Maria Aguilar | Emailed client the draft of Settlement Agreement. | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |

| Date | Timekeeper | Description | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 03/19/2021 | Suvita Melehy | Telephone conversation with Marlon Carranza regarding settlement; Memorandum to file | Settlement | 0.2 | $575.00 | $115.00 | 0.20 |
| 03/19/2021 | Suvita Melehy | Review email from Eric Waldman regarding settlement agreement | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/19/2021 | Suvita Melehy | Email correspondence with Eric Waldman regarding settlement; Left voicemail for Mr. Waldman | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/22/2021 | Suvita Melehy | Telephone conversation with Eric Waldman regarding Settlement. | Settlement | 0.3 | $575.00 | $172.50 | 0.30 |
| 03/23/2021 | Maria Aguilar | Accepted changes on Settlement Agreement; Memorandum to file | Settlement | 0.2 | $180.00 | $36.00 | 0.20 |
| 03/23/2021 | Maria Aguilar | Telephone conversation with Mr. Carranza regarding Settlement Agreement; Memorandum to file | Settlement | 0.1 | $180.00 | $18.00 | 0.10 |
| 03/23/2021 | Suvita Melehy | Review email from Eric Waldman, Esquire dated 3/22/2021 accepting all Plaintiff's changes to settlement agreement | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/23/2021 | Suvita Melehy | Correspondence with Eric Waldman, Esquire regarding settlement and informing Judge Simms that the Plaintiff settled with Bainbridge | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/23/2021 | Suvita Melehy | Review email form Eric Waldman, Esquire regarding settlement between Defendant Bainbridge and Plaintiff | Settlement | 0.1 | $575.00 | $57.50 | 0.10 |
| 03/23/2021 | Suvita Melehy | Correspondence with Judge Simms regarding settlement between Defendant Bainbridge and Plaintiff | Settlement | 0.2 | $575.00 | $115.00 | 0.20 |
| 3/30/2021 | Maria Aguilar | Telephone conversation with Mr. Carranza regarding settlement; Memorandum to file | Settlement | 0.10 | $180.00 | $18.00 | 0.10 |
| 4/7/2021 | Maria Aguilar | Telephone conversation with Marlon Carranza regarding his affidavit; Memorandum to file | Settlement | 0.10 | $180.00 | $18.00 | 0.10 |
| 4/19/2021 | Suvita Melehy | Attend telephone status hearing before Judge Grimm regarding settlement with Bainbridge, dismissal with prejudice and motion for default judgment against defaulted parties | Settlement | 0.60 | $575.00 | $0.00 | - |
| 4/19/2021 | Suvita Melehy | Review email from Marie Worden. law clerk to Judge Grimm directing counsel to confer in to inform Court their preference regarding informing the Court on the settlement amount in order for Judge Grimm to rule on the default judgment motion | Settlement | 0.10 | $575.00 | $57.50 | 0.10 |
| 4/19/2021 | Suvita Melehy | Email correspondence to Eric Waldman, Esquire regarding informing the Court on the settlement amount in order for Judge Grimm to rule on the default judgment motion in response to the Court's instruction; Left message for Eric Waldman about the same. | Settlement | 0.10 | $575.00 | $57.50 | 0.10 |
| 4/19/2021 | Suvita Melehy | Review email form Eric Waldman, Esquire regarding his preference of option 2 of Judge's Grimm instructions | Settlement | 0.10 | $575.00 | $57.50 | 0.10 |
| 4/19/2021 | Suvita Melehy | Telephone conversation with Eric Waldman, Esquire regarding Court's instruction to confer about different options and sequence for Judge Grimm to receive information regarding settlement | Settlement | 0.10 | $575.00 | $57.50 | 0.10 |
| 4/19/2021 | Suvita Melehy | Prepare for hearing before Judge Grimm, including review of filings and settlement agreement in the case | Settlement | 0.40 | $575.00 | $230.00 | 0.40 |
| 4/19/2021 | Suvita Melehy | Email correspondence with Marie Worden, law clerk to Judge Grimm regarding the parties' agreement to allow Judge Simms to disclose it (under seal) prior to submitting the report and recommendations on the settlement so that Judge Grimm can rule on the def | Settlement | 0.20 | $575.00 | $115.00 | 0.20 |
| 4/19/2021 | Omar Vincent Melehy | Participating in conference with Judge Grimm regarding settlement and default. | Settlement | 0.60 | $625.00 | $375.00 | 0.60 |
| 5/19/2021 | Andrew Balashov | Appear at hearing before Judge Grimm regarding the default. | Settlement | 0.30 | $350.00 | $0.00 | - |
| 5/19/2021 | Suvita Melehy | Prepare for upcoming telephone hearing before Judge Grimm and Judge Simms | Settlement | 0.20 | $575.00 | $115.00 | 0.20 |
| 5/19/2021 | Suvita Melehy | Attend Telephone hearing before Judge Grimm and Judge Simms | Settlement | 0.40 | $575.00 | $230.00 | 0.40 |
| | | **Total Hours** | | 23.60 | | | 20.90 |
| | | **Total Fees** | | | | $9,838.50 | |

| Date | Timekeeper | Motion to Dismiss | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 10/29/2020 | Andrew Balashov | Reviewing motion to dismiss. | Motion to Dismiss | 0.2 | $350.00 | $70.00 | 0.20 |

| Date | Timekeeper | | Category | Time | Rate | Total | |
|---|---|---|---|---|---|---|---|
| 11/04/2020 | Andrew Balashov | Editing letter to the Court regarding the Defendants' motion and our request for leave to propound discovery. | Motion to Dismiss | 0.4 | $350.00 | $0.00 | - |
| 11/09/2020 | Omar Vincent Melehy | Participating in the conference with Judge Grimm to discuss the Defendant Bainbridge motion to dismiss. | Motion to Dismiss | 0.5 | $625.00 | $312.50 | 0.50 |
| 11/09/2020 | Omar Vincent Melehy | Preparing for the teleconference before Judge Grimm regarding motion to dismiss. | Motion to Dismiss | 0.9 | $625.00 | $562.50 | 0.90 |
| | | Total Hours | | 2.00 | | | 1.60 |
| | | Total Fees | | | | $945.00 | |

| Date | Timekeeper | Motion for Default | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 4/6/2021 | Andrew Balashov | Drafting motion for default. | Motion for Default | 1.10 | $350.00 | $385.00 | 1.10 |
| 4/7/2021 | Andrew Balashov | Drafting order on motion for default judgment. | Motion for Default | 0.50 | $350.00 | $175.00 | 0.50 |
| 4/7/2021 | Andrew Balashov | Drafting client's affidavit in support of default. | Motion for Default | 0.90 | $350.00 | $315.00 | 0.90 |
| 4/7/2021 | Andrew Balashov | Continue editing the motion for default judgment. | Motion for Default | 0.90 | $350.00 | $315.00 | 0.90 |
| 6/16/2021 | Andrew Balashov | Drafting the affidavit of Suvita Melehy, as per the Court's request, in support of default judgment award. | Motion for Default | 0.60 | $350.00 | $210.00 | 0.60 |
| 6/16/2021 | Andrew Balashov | Prepare motion to file document under seal. | Motion for Default | 0.80 | $350.00 | $280.00 | 0.80 |
| 8/6/2021 | Andrew Balashov | Finalize and file motion motion to seal. | Motion for Default | 0.30 | $350.00 | $105.00 | 0.30 |
| 8/9/2021 | Andrew Balashov | Finalize and file the affidavit of Suvita Melehy in support of motion for default. | Motion for Default | 0.20 | $350.00 | $70.00 | 0.20 |
| | | Total Hours | | 5.30 | | | 5.30 |
| | | Total Fees | | | | $1,855.00 | |

| Date | Timekeeper | Fee Petition | Category | Time | Rate | Total | Total Time of Billed Hours |
|---|---|---|---|---|---|---|---|
| 1/27/2022 | Sarah Lorber | Downloading time entries for fee petition. | Fee Petition | 0.70 | $180.00 | $126.00 | 0.70 |
| 1/31/2022 | Sarah Lorber | Downloading fee data for fee petition. | Fee Petition | 0.80 | $180.00 | $144.00 | 0.80 |
| 2/9/2022 | Andrew Balashov | Prepare and file motion to extend time to file the fee petition. | Fee Petition | 0.50 | $350.00 | $175.00 | 0.50 |
| 2/10/2022 | Andrew Balashov | Prepare schedule of costs. | Fee Petition | 0.20 | $350.00 | $70.00 | 0.20 |
| 2/10/2022 | Andrew Balashov | Begin initial review of the time entries and preliminarily categorize the entries according to the Appendix B litigation categories. | Fee Petition | 0.90 | $350.00 | $315.00 | 0.90 |
| 2/10/2022 | Andrew Balashov | Drafting memorandum in support of fee petition. | Fee Petition | 2.00 | $350.00 | $700.00 | 2.00 |
| 2/10/2022 | Sarah Lorber | Preparing categorized time entry spreadsheet for fee petition. | Fee Petition | 0.70 | $180.00 | $0.00 | - |
| 2/10/2022 | Sarah Lorber | Preparing motion and proposed order for fee petition. | Fee Petition | 0.40 | $180.00 | $72.00 | 0.40 |
| 2/11/2022 | Sarah Lorber | Pulling cost backups for fee petition exhibit. | Fee Petition | 0.90 | $180.00 | $0.00 | - |
| 2/14/2022 | Andrew Balashov | Continue drafting, and substantially complete, memorandum in support of fee petition. | Fee Petition | 3.80 | $350.00 | $1,330.00 | 3.80 |
| 2/14/2022 | Andrew Balashov | Drafting shinnar affidavit in support of fee petition. | Fee Petition | 0.40 | $350.00 | $140.00 | 0.40 |
| 2/16/2022 | Andrew Balashov | Reviewing email from Mishal Shiner about the affidavit. | Fee Petition | 0.10 | $350.00 | $35.00 | 0.10 |
| 2/16/2022 | Andrew Balashov | Speaking to Ms. Lorber about finalizing Mr. Melehy's affidavit. | Fee Petition | 0.10 | $350.00 | $35.00 | 0.10 |
| 2/16/2022 | Sarah Lorber | Revising fee petition exhibits. | Fee Petition | 1.40 | $180.00 | $0.00 | - |
| 2/16/2022 | Andrew Balashov | Making minor modifications to argument section, proofing the entire petition and the affidavits, finalizing document before filing. | Fee Petition | 3.00 | $350.00 | $1,050.00 | 3.00 |
| | | Total Hours | | 15.90 | | | 9.90 |
| | | Total Fees | | | | $4,192.00 | |
| | | TOTAL FEES | $27,763.00 | | | | |

8